ARTURO J. GONZALEZ (BAR NO. 121490)
AGonzalez@mofo.com
ANNA T. FERRARI (BAR NO. 261579)
AFerrari@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
VMWARE, INC.

DAVID R. BURTT (BAR NO 201220)
dburtt@mobilitylegal.com
MOBILITY LEGAL P.C.
317 Washington St. #207
Oakland, California 94607
Telephone: 510.208.1909

Attorneys for Defendant
RACHEL SCHULTZ

**GRANTED**
*[signature]*
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VMWARE, INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>RACHEL SCHULTZ,<br><br>            Defendant. | Case No.   5:16-cv-02552-EJD<br><br>**JOINT STIPULATION TO FILE PLAINTIFF VMWARE'S AMENDED COMPLAINT AND WITHDRAW DEFENDANT RACHEL SCHULTZ'S PARTIAL MOTION TO DISMISS**<br><br>Ctrm:   4<br>Judge Edward J. Davila |

Plaintiff VMware, Inc., and defendant Rachel Schultz (collectively, the "Parties") file this joint stipulation to withdraw the partial motion to dismiss filed by Ms. Schultz on June 23, 2016 in light of Plaintiff's filing of its First Amended Complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

JOINT STIPULATION TO FILE PLAINTIFF VMWARE'S AMENDED COMPLAINT AND WITHDRAW DEFENDANT RACHEL SCHULTZ'S PARTIAL MOTION TO DISMISS
Case No. 5:16-cv-02552-EJD
sf-3671380

1

WHEREAS, on May 11, 2016, VMware filed a Complaint asserting a cause of action for violation of California's Unfair Competition Law (ECF No. 1);

WHEREAS, on June 23, 2016, Ms. Schultz filed a partial motion to dismiss (ECF No. 14) the above-referenced cause of action (ECF No. 14);

WHEREAS, in the spirit of compromise and to avoid burdening the Court, VMware has prepared an Amended Complaint, a copy of which is attached as Exhibit 1 to this stipulation, that it has agreed to file in this action as a matter of course pursuant to Rule 15(a)(1)(B);

WHEREAS, the Parties agree that the Amended Complaint moots the arguments raised in Ms. Schultz's partial motion to dismiss;

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that, by the filing of this stipulation, Ms. Schultz hereby withdraws the partial motion to dismiss filed on June 23, 2016 (ECF No. 14), provided that VMware files its Amended Complaint within the time proscribed by Rule 15(a)(1)(B).

Dated: July 11, 2016

ARTURO J. GONZÁLEZ
ANNA T. FERRARI
MORRISON & FOERSTER LLP

By:   /s/ Arturo J. González
       ARTURO J. GONZÁLEZ

Attorneys for Plaintiff
VMWARE, INC.

Dated: July 11, 2016

DAVID R. BURTT
MOBILITY LEGAL P.C.

By:   /s/ David R. Burtt
       DAVID R. BURTT

Attorneys for Defendant
RACHEL SCHULTZ

JOINT STIPULATION TO FILE PLAINTIFF VMWARE'S AMENDED COMPLAINT AND WITHDRAW DEFENDANT RACHEL SCHULTZ'S PARTIAL MOTION TO DISMISS
Case No. 5:16-cv-02552-EJD
sf-3671380

2

**ATTESTATION**

I, Arturo J. González, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that David R. Burtt concurs in this filing.

Dated: July 11, 2016

MORRISON & FOERSTER LLP

By:   /s/ Arturo J. González
      ARTURO J. GONZÁLEZ

JOINT STIPULATION TO FILE PLAINTIFF VMWARE'S AMENDED COMPLAINT AND WITHDRAW DEFENDANT
RACHEL SCHULTZ'S PARTIAL MOTION TO DISMISS
Case No. 5:16-cv-02552-EJD
sf-3671380

3